In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00120-CR
_____

BILLY LYNN WOOLLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. F21-37528
_____

## MEMORANDUM OPINION

Appellant, Billy Lynn Woolley, filed a notice of appeal in Trial Court Case No. F21-37528. On October 7, 2025, his attorney filed a motion for voluntary dismissal pursuant to Rule 42.2 of the Rules of Appellate Procedure. Appellant announced in his motion to dismiss that he has entered into two plea agreements in trial court case numbers F21-36668[] and F21-36669[] pending in Criminal District Court of Jefferson County. According to the dismissal request, the pleas in trial court case numbers F21-36668[] and F21-36669[] also include Appellant's agreement to

1

dismiss this appeal. Appellant certified in his motion for voluntary dismissal that he no longer desires to pursue this appeal. Accordingly, this appeal is dismissed.

APPEAL DISMISSED.

PER CURIAM

Submitted on October 28, 2025
Opinion Delivered October 29, 2025
Do Not Publish

Before Johnson, Wright and Chambers, JJ.